# EXHIBIT 1

Las Vegas News, Sports, Business, Entertainment and Classifieds

Advertise | Subscribe or Manage your account | E-mail / mobile alerts |

Thursday
Nov 18, 2010



Search [    ] Go

| HOME | NEWS | SPORTS | BUSINESS | LIFESTYLES | ENTERTAINMENT | TRAVEL | OPINION | OBITUARIES | JOBS | AUTOS | HOMES | CLASSIFIEDS | DEALS |

News

SAVE THIS   EMAIL THIS   PRINT THIS   MOST POPULAR   RSS FEEDS   POST A COMMENT

RECENT EDITIONS
Fri Sat Sun Mon Tue Wed Thu

Sep. 25, 2010
Copyright © Las Vegas Review-Journal

## Vdara visitor: 'Death ray' scorched hair

### Chicago lawyer says bag also melted

By JOAN WHITELY

LAS VEGAS REVIEW-JOURNAL



The Vdara Hotel swimming pool was a crowded place on a recent Sunday afternoon.
DUANE PROKOP/LAS VEGAS REVIEW-JOURNAL

The tall, sleek, curving Vdara Hotel at CityCenter on the Strip is a thing of beauty.

But the south-facing tower is also a collector and bouncer of sun rays, which -- if you're at the hotel's swimming pool at the wrong time of day and season -- can singe your hair and melt your plastic drink cups and shopping bags.

Hotel pool employees call the phenomenon the "Vdara death ray."

A spokesman for MGM Resorts International, which owns Vdara, said he prefers the term "hot spot" or "solar convergence" to describe it. He went on to say that designers are already working with resort staff to come up with solutions.



MIKE JOHNSON/LAS VEGAS REVIEW-JOURNAL

Designers foresaw the issue, and thought they had solved it by installing a high-tech film on the south-facing glass panes, according to Gordon Absher, the MGM spokesman. The film scatters more than 70 percent of reflected rays. But that's not enough, Absher acknowledged, as some pool guests are still uncomfortable.

Chicago visitor Bill Pintas experienced Vdara's "death ray" recently. A lawyer, he was here on business for Preferred Capital Lending, which he co-owns. He also co-owns a Vdara condo.



Bill Pintas, a Chicago lawyer and businessman, took this photo of his melted plastic bag after he was caught unexpectedly at the Vdara pool deck in a "hot spot" of reflected sunlight.
COURTESY OF BILL PINTAS

Pintas told the Review-Journal that at midday Sept. 16, after a brief dip in the hotel pool, he was sunning on a recliner. He was on his stomach, relaxed, eyes closed.

But suddenly, the lawyer became so uncomfortably hot that he leaped up to move. He tried to put on his flip-flop sandals but, inexplicably, they were too hot to touch. So he ran barefoot to the shade.

"I was effectively being cooked," Pintas said. "I started running as fast as I could without looking like a lunatic."

Then he smelled an odor, and realized it was coming from his head, where a bit of hair had been scorched. It was about 12:20 p.m., as best Pintas can recall.

Taking brief refuge at the pool's bar area, Pintas chatted with employees. He said they chuckled when he described what had happened. "Yes, we call it the death ray," he says they told him. Sometimes it causes disposable drink glasses to melt, a cocktail waitress added.




FDA Warns Makers of Alcoholic Energy Drinks
Play


Police: Man Shot TV Over Palin Dance Number
Play


'Merchant-of-Death' Appears in U.S. Court

Play

**Sponsored Links**

**How to Fall Asleep?**
Cambridge Researchers have developed an all natural sleep aid just for you.

**I Had High Blood Pressure**
Now it's down to 120/75. Find out how I did it without drugs

**Mortgage Rates at 3.00%**
$200,000 loan for $771/month. See New Payment - No SSN Rqd. Save Now!



After the intense reflection had passed, Pintas returned to his lounge chair. He remembered that a patron nearby laughed, and said something like, It got you, too?

Then he noticed something more -- a flimsy plastic bag holding his newspaper had partially melted. The portion of bag bearing the name Vdara had entirely melted away. Holes marked where the letters, in black ink, had absorbed the heat. Pintas snapped a photo of the bag, which he shared with the newspaper.

After Pintas' experience, a Review-Journal reporter went to the Vdara pool twice. Employees did not know they were talking to a reporter.



# EXHIBIT 2

Case 2:11-cv-00057-RLH -PAL   Document 1-1   Filed 01/12/11   Page 5 of 9

# A SMURSH OF PETE

Archive  Subscribe

The Internet scrap book of Pete Ashton

Theme by nostrich.

Search

29TH SEPTEMBER 2010    PHOTO



BLDGBLOG: Las Vegas Death Ray

Source: bldgblog.blogspot.com

← Previous post • Next post →

# EXHIBIT 3

*-APPLICATION-*

## Title
**Title of Work:** Vdara death-ray

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** September 25, 2010     **Nation of 1st Publication:** United States

## Author
**Author:** Stephens Media LLC
**Author Created:** text
**Work made for hire:** Yes
**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Righthaven LLC
9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States
**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Righthaven LLC
**Name:** Chief Executive Officer
**Email:** sgibson@righthaven.com     **Telephone:** 702-527-5900
**Address:** 9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV  89129-7701  United States

## Certification

|   |   |
|---|---|
| Name: | Steven A. Gibson |
| Date: | November 24, 2010 |
| Applicant's Tracking Number: | 0002160 |

**Registration #:**

**Service Request #:**   1-524088592

**Application Date:**   11-24-2010 12:55:02

## Correspondent

|  |  |
|---|---|
| Organization Name: | Righthaven LLC |
| Name: | Steven A. Gibson |
| Address: | 9960 West Cheyenne Avenue<br>Suite 210<br>Las Vegas, NV 89129-7701 United States |

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States